**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

OMAR HERNANDEZ PINEIRO,

Petitioner,

v.

WARDEN, Adelanto ICE Processing Center, Adelanto, California, et al.,

Respondents.

Case No. 5:26-cv-00804-DOC-PD

**ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE AND ORDERING RELEASE**

**A# 078-642-061**

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Amended Petition, the records on file, and the Report and Recommendation of United States Magistrate Judge ("the Report"). No objections to the Report have been filed. The Court accepts the Magistrate Judge's Report and adopts it as its own findings and conclusions. Accordingly, the Amended Petition is granted as to the claim under 8 C.F.R. §§ 241.4, 241.13 and due process, and the remaining claims are dismissed without prejudice. The motion for temporary restraining order is denied as moot, Dkt. No. 9.

The Court ORDERS the following:

Respondents shall release Petitioner Omar Hernandez Pineiro (A# 078-642-061) from immigration custody on his prior conditions of supervision within 24 hours of this Order.

Further, Respondents shall file a status report within three days of this Order confirming Petitioner has been released.

DATED: September 8, 2026

David O. Carter

DAVID O. CARTER
UNITED STATES DISTRICT JUDGE