JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| OMAR HERNANDEZ PINEIRO,<br>Petitioner,<br>v.<br>WARDEN, Adelanto ICE Processing Center, Adelanto, California, et al.,<br>Respondents. | Case No. 5:26-cv-00804-DOC-PD<br>**JUDGMENT**<br>**A# 078-642-061** |

Pursuant to the Court's Order Accepting the Report and Recommendation of United States Magistrate Judge and Ordering Release,

IT IS ADJUDGED that the Amended Petition is granted in part. The claim under 8 C.F.R. §§ 241.4, 241.13 and due process is granted and the remaining claims are dismissed without prejudice.

The Clerk of the Court is directed to Close this case.

DATED: September 8, 2026

David O. Carter

DAVID O. CARTER
UNITED STATES DISTRICT JUDGE